NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1428, -1430, -1453

RAYMOND E. STAUFFER,

Plaintiff-Appellant,

v.

BROOKS BROTHERS, INC.
and RETAIL BRAND ALLIANCE, INC.,

Defendants-Appellees,

v.

UNITED STATES,

Movant-Cross Appellant.

Appeals from the United States District Court for the Southern District of New York in 08-CV-10369, Judge Sidney H. Stein.

ON MOTION

## O R D E R

CIBA Vision Corporation, appearing as amicus curiae, moves for leave to participate in oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion, and any responses, should be transmitted to the merits panel.

FOR THE COURT

MAY 1 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond E. Stauffer
Stephen L. Baker, Esq.
Douglas N. Letter, Esq.
Bryan P. Collins, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK